# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| INTERNATIONAL FINANCIAL COMPANY, LLC, | : | |
|---|---|---|
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 18-cv-2120 |
| ODARA JABALI-JETER, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this __28TH__ of May, 2019, upon consideration of Plaintiff's Motion for Sanctions and Contempt, (ECF No. 18); Defendant's Response in Opposition (ECF No. 20); the evidence presented at the Court's evidentiary hearing held on this Motion, (ECF No. 30); and the Parties' respective submissions, (ECF Nos. 28, 32); **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion for Sanctions is GRANTED. Plaintiff shall submit its billing records and/or an affidavit, within 14 days of this Order, setting forth their fees and expenses incurred as a result of Defendant's spoliation of evidence. Defendant shall have fourteen days thereafter to respond.

2. Defendant Odara Jabali-Jeter shall appear before the Honorable C. Darnell Jones II to show cause why she should not be held in contempt for failing to comply with the May 29, 2018 Court Order. The Show Cause Hearing will be scheduled by the Honorable C. Darnell Jones II in a future order.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge